```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

APPROVED
Judge Fern M. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRADESTAFF, INC., et al.<br><br>    Defendant. | NO.  C 04 2041 FMS<br><br>DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT <u>CONFERENCE BE TAKEN OFF CALENDAR</u><br>DATE: June 23, 2005<br>TIME: 2:00 p.m. |

    I, MICHAEL J. CARROLL, declare:

    1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; JIM McCARTHY, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

    2. Service was accomplished upon the only party in this

case on July 14, 2004. No responsive pleading was filed instead the defendant voluntarily complied with the audit demand.

3. The parties are engaged in settlement negotiations. Defendant has submitted a proposal, and a check for a portion of the obligation. The trustees will not have an opportunity to respond until after a meeting on July 22, 2005.

4. It is requested that the Court take the Case Management Conference off calendar and allow the case to be reassigned.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date:     June 20, 2005          ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION


                                 By: /s/Michael J. Carroll
                                     Michael J. Carroll
                                     Attorneys for Plaintiffs

DECL OF COUNSEL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR
2

1 <u>PROOF OF SERVICE BY MAIL</u>

2 I, SHARON EASTMAN, the undersigned, hereby certify and
3 declare under penalty of perjury that the following statement are true
4 and correct:

5 4. I am a citizen of the United States and employed in
6 City of San Francisco, California. I am over the age of eighteen
7 years and not a party to the within above entitled action.

8 5. My business address is 220 Sansome Street, Suite
9 600, San Francisco, CA, 94104.

10 6. On June 20, 2005 I served the within PLAINTIFF'S
11 DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT
12 CONFERENCE BE TAKEN OFF CALENDAR on the defendant in said action, by
13 placing a true copy thereof enclosed in a sealed envelope with postage
14 thereon fully prepaid, in the United States post office mail box at
15 San Francisco, CA, addressed as follows:

16 Tradestaff, Inc.
RT2 Box 347
17 La Honda, CA 94020

18 I, SHARON EASTMAN, certify (or declare), under penalty of perjury that
19 the foregoing is true and correct.
20 Executed on June 20, 2005 at San Francisco, CA.

22 /s/Sharon Eastman
Sharon Eastman

DECL OF COUNSEL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR
3