IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, TIM McCARTHY, TRUSTEE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRADESTAFF, INC., a corporation, TRADESTAFF CONTRACTING SERVICES, a corporation, HERITAGE CONTRACTING SERVICES, a corporation,<br><br>　　　　Defendants.| No. C 04-02041 WHA<br><br>**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　Plaintiff's request to continue the case management conference is **DENIED**. Before this action was reassigned to the undersigned, three continuances were already granted. The parties have yet to appear for an initial case management conference even though the complaint was filed over a year ago, on May 25, 2004. The parties shall appear on **SEPTEMBER 29, 2005 AT 11:00 A.M.**, as scheduled.

**IT IS SO ORDERED.**

Dated: September 28, 2005

　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE