IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, TIM McCARTHY, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>TRADESTAFF, INC., a corporation, TRADESTAFF CONTRACTING SERVICES, a corporation, HERITAGE CONTRACTING SERVICES, a corporation,<br><br>Defendants. | No. C 04-02041 WHA<br><br>**ORDER** |

As stated on the record at today's case management conference, plaintiffs shall move for default judgment by **DECEMBER 1, 2005**.

**IT IS SO ORDERED.**

Dated: September 28, 2005

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE